ALAN HARRIS (CA Bar No. 146079)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone: (323) 962-3777
Facsimile: (323) 962-3004

DAVID S. HARRIS (CA Bar No. 215224)
NORTH BAY LAW GROUP
116 E. Blithedale Avenue, Suite #2
Mill Valley, California 94941-2024
Telephone: (415) 388-8788
Facsimile: (415) 388-8770

Attorneys for Plaintiff
ANDREW CARR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CARR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BEVERLY HEALTH AND REHABILITATION SERVICES, INC., GOLDEN LIVINGCENTER - PETALUMA, and DOES 1 to 50,<br><br>Defendants. | Case No.: 12-CV-02980-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE**<br><br>Courtroom: 5<br>Judge: Hon. Edward M. Chen |

-1-

The parties hereby stipulate as follows:

WHEREAS, Defendant Beverly Health and Rehabilitation Services, Inc. filed a Motion to Dismiss Pursuant to F.R.C.P. 12(B)(6) ("Motion to Dismiss"), which has been fully-briefed by all parties;

WHEREAS, on September 6, 2012, the parties filed a Stipulation and [Proposed] Order Selecting ADR Process. Specifically, the parties stipulated to participating in Private ADR through JAMS or a similar private mediator. The parties have stipulated to holding the mediation before the date of the Case Management Conference and before the date of the hearing on the Motion to Dismiss;

WHEREAS, on September 9, 2012, the Court entered an order approving the parties' Stipulation and Proposed Order Continuing Motion to Dismiss and Case Management Conference. The Motion to Dismiss is currently scheduled to be heard by the Court on November 9, 2012, at 1:30 p.m. Additionally, the Case Management Conference is also currently scheduled to take place on November 9, 2012, at 1:30 p.m. in Courtroom 5, 17th Floor, San Francisco, before the Honorable Edward M. Chen;

WHEREAS, the parties have agreed to engage in private mediation with Mr. Michael Loeb at JAMS in San Francisco. The first mutually-convenient date that Mr. Loeb was available, however, is November 20, 2012. As such, the parties respectfully request that the Court continue the parties' deadline to complete mediation, as well as continue the hearing on the Motion to Dismiss and the Case Management Conference, so that the parties may participate in mediation with Mr. Michael Loeb on November 20, 2012.

///
///
///
///
///
///

STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION TO DISMISS
AND CASE MANAGEMENT CONFERENCE

IT IS THEREFORE STIPULATED AND AGREED that the hearing on the Motion to Dismiss and the Case Management Conference shall be continued until December 14, 2012, at 1:30 p.m. in Courtroom 5, 17th Floor, San Francisco, if that date is convenient to the Court. The parties shall file a Joint Case Management Statement at least one week prior to the Case Management Conference.

**IT IS SO STIPULATED.**

Respectfully submitted,

Date: October 4, 2012     NORTH BAY LAW GROUP

By _____/s/_____
    David S. Harris

Attorneys for Plaintiff
ANDREW CARR

Date: October 4, 2012     DINSMORE & SHOHL LLP

By _____/s/_____
    Carly Chu

Attorneys for Defendant
BEVERLY HEALTH AND
REHABILITATION SERVICES, INC.

**IT IS HEREBY ORDERED AS FOLLOWS:**

The parties shall complete mediation before December 14, 2012. The hearing on the Motion to Dismiss and the Case Management Conference is continued to December 14, 2012 at 1:30 p.m. in Courtroom 5. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

DATED: October 4, 2012     _____
Honorable Edward M. Chen
*United States District Court Judge*

-3-
STIPULATION AND [~~PROPOSE~~D] ORDER CONTINUING MOTION TO DISMISS
AND CASE MANAGEMENT CONFERENCE