ALAN HARRIS (CA Bar No. 146079)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone:  (323) 962-3777
Facsimile:  (323) 962-3004

DAVID S. HARRIS (CA Bar No. 215224)
NORTH BAY LAW GROUP
116 E. Blithedale Avenue, Suite #2
Mill Valley, California 94941-2024
Telephone:  (415) 388-8788
Facsimile:  (415) 388-8770

Attorneys for Plaintiff
ANDREW CARR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CARR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BEVERLY HEALTH AND REHABILITATION SERVICES, INC., GOLDEN LIVINGCENTER - PETALUMA, and DOES 1 to 50,<br><br>Defendants. | Case No.: 12-CV-02980-EMC<br><br>**STIPULATION AND [PR~~OPO~~SED] ORDER CONTINUING MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE**<br><br>Courtroom:  5<br>Judge:         Hon. Edward M. Chen |

The parties hereby stipulate as follows:

WHEREAS, Defendant Beverly Health and Rehabilitation Services, Inc. filed a Motion to Dismiss Pursuant to F.R.C.P. 12(B)(6) ("Motion to Dismiss"), which has been fully-briefed by all parties;

WHEREAS, on February 27, 2013, prior to the Court conducting a hearing on the Motion to Dismiss, the parties engaged in private mediation with Mr. Michael Loeb at JAMS in San Francisco.  At that time, progress was made but the parties were unable to settle the case.  The parties agreed, however, to engage in additional investigation and schedule a second mediation, which will take place on or before April 5, 2013.

IT IS THEREFORE STIPULATED AND AGREED, in order to allow the parties to engage in additional fact finding and a second day of mediation with Mr. Loeb, the parties have stipulated to continuing the hearing on the Motion to Dismiss and the Case Management Conference until May 2, 2013, at 1:30 p.m. in Courtroom 5, 17th Floor, San Francisco, if that date is convenient to the Court.  The parties shall file a Joint Case Management Statement at least one week prior to the Case Management Conference.

**IT IS SO STIPULATED.**

Respectfully submitted,

Date: March 5, 2013                           HARRIS & RUBLE

By        /s/
          Alan Harris

Attorneys for Plaintiff
ANDREW CARR


Date:  March 5, 2013                          DINSMORE & SHOHL LLP

By        /s/
          Carly Chu

Attorneys for Defendant
BEVERLY HEALTH AND
REHABILITATION SERVICES, INC.

1 **IT IS HEREBY ORDERED AS FOLLOWS:**

2     The hearing on the Motion to Dismiss and the Case Management Conference is continued to May 2, 2013, at 1:30 p.m. in Courtroom 5.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

6  DATED:  March __6__, 2013

_____
Honorable
United States

IT IS SO ORDERED

Judge Edward M. Chen

-3-
STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION TO DISMISS
AND CASE MANAGEMENT CONFERENCE