1  Sharon B. Bauman (SBN 179312)
   MANATT, PHELPS & PHILLIPS, LLP
2  One Embarcadero Center, 30th Floor
   San Francisco, California 94111
3  Telephone: (415) 291-7400
   Fax: (415) 291-7474
4  Email: sbauman@manatt.com

5  Charles M. Roesch (*pro hac vice*)
   Carly E. Chu (*pro hac vice*)
6  DINSMORE & SHOHL LLP
   255 East Fifth Street, Suite 1900
7  Cincinnati, Ohio 45202
   Telephone: (513) 977-8200
8  Fax: (513) 977-8141
   Email: chuck.roesch@dinsmore.com
9  Email: carly.chu@dinsmore.com

10 Attorneys for Defendant, BEVERLY HEALTH
   AND REHABILITATION SERVICES, INC.
11 d/b/a GOLDEN LIVINGCENTER-PETALUMA

12

13                  UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA

14 ANDREW CARR,                         CASE NO. :  CV 12 2980

15         Plaintiff,                   STIPULATION AND [PROPOSED]
                                        ORDER CONTINUING MOTION TO
16    v.                               DISMISS AND CASE MANAGEMENT
                                        CONFERENCE
17 BEVERLY HEALTH AND
   REHABILITATION SERVICES, INC. d/b/a
18 GOLDEN LIVINGCENTER-PETALUMA          Date Filed: June 8, 2012
   and DOES 1-10,                       Trial: Not Set
19
           Defendants.
20

21

22         The parties hereby stipulate as follows:

23         WHEREAS, Defendant Beverly Health and Rehabilitation Services, Inc. filed a Motion to

24 Dismiss Pursuant to F.R.C.P. 12(B)(6) ("Motion to Dismiss"), which has been fully-briefed by all

25 parties;

26

27

28

WHEREAS, on February 27, 2013, prior to the Court conducting a hearing on the Motion to Dismiss, the parties engaged in private mediation with Mr. Michael Loeb at JAMS in San Francisco.  In addition to Plaintiff Andrew Carr's individual claims, the parties are mediating Plaintiff's class action claims.  During the mediation, progress was made but the parties were unable to settle the case.  The parties, however, have continued to exchange information and engage in settlement discussions.

WHEREAS, the parties have stipulated and agreed that additional time is necessary to exchange supplementary documentation and review and analyze this information in anticipation of engaging in continual settlement discussions.  The parties intend to schedule a follow-up session with Mr. Loeb after the necessary information and documents have been exchanged.

IT IS THEREFORE STIPULATED AND AGREED that the hearing on the Motion to Dismiss shall be removed from the Court's calendar.  Counsel for Defendant shall re-notice this hearing if the parties are unable to resolve this matter.  The parties further stipulate and agree that the Case Management Conference shall be continued until June 27, 2013 at 9:00 a.m. in Courtroom 5, 17th Floor, San Francisco, if that date is convenient to the Court.  The parties shall file a Joint Case Management Statement at least one week prior to the Case Management Conference.

**IT IS SO STIPULATED.**

Respectfully submitted,

Date: April 11, 2013

NORTH BAY LAW GROUP

By_____/s/_____
        David S. Harris

Attorneys for Plaintiff
ANDREW CARR

Date: April 11, 2013

DINSMORE & SHOHL LLP

By _____/s/_____
　　　　　　　Carly Chu

Attorneys for Defendant
BEVERLY HEALTH AND
REHABILITATION SERVICES, INC.

**IT IS HEREBY ORDERED AS FOLLOWS:**

The hearing on the Motion to Dismiss is continued until counsel for Defendant re-notices this Motion for the Court.  The hearing for the Case Management Conference is continued until June 27, 2013 at 9:00 a.m. in Courtroom 5.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

DATED:  April __12__, 2013

_____
Honorable ~~Edward M. Chen~~ Judge

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION TO DISMISS
AND CASE MANAGEMENT CONFERENCE