ALAN HARRIS (CA Bar No. 146079)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone: (323) 962-3777
Facsimile: (323) 962-3004

DAVID S. HARRIS (CA Bar No. 215224)
NORTH BAY LAW GROUP
116 E. Blithedale Avenue, Suite #2
Mill Valley, California 94941-2024
Telephone: (415) 388-8788
Facsimile: (415) 388-8770

Attorneys for Plaintiff
ANDREW CARR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CARR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BEVERLY HEALTH AND REHABILITATION SERVICES, INC., GOLDEN LIVINGCENTER - PETALUMA, and DOES 1 to 50,<br><br>Defendants. | Case No.: 12-CV-02980-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Courtroom: 5<br>Judge: Hon. Edward M. Chen |

The parties hereby stipulate as follows:

WHEREAS, on February 27, 2013, the parties engaged in private mediation with Mr. Michael Loeb at JAMS in San Francisco. At that time, progress was made but the parties were unable to settle the case. Since the mediation, the parties have continued to engage in additional investigation and have exchanged supplemental documentation and information relevant to the claims. To this end, the parties have made significant progress in narrowing the issues and are working towards potential resolution of all matters set forth in this action.

IT IS THEREFORE STIPULATED AND AGREED, in order to allow the parties additional time to work towards settlement, and in order to avoid the time and expense of having defense counsel fly to San Francisco for the Case Management Conference, the parties have stipulated to continuing the Case Management Conference until July 25, 2013, at 9:00 a.m. in Courtroom 5, 17th Floor, San Francisco, if that date is convenient to the Court. The parties shall file a Joint Case Management Statement at least one week prior to the Case Management Conference.

**IT IS SO STIPULATED.**

Respectfully submitted,

Date: June 20, 2013

NORTH BAY LAW GROUP

By /s/
David S. Harris

Attorneys for Plaintiff
ANDREW CARR

Date: June 20, 2013

DINSMORE & SHOHL LLP

By /s/
Charles Roesch

Attorneys for Defendant
BEVERLY HEALTH AND
REHABILITATION SERVICES, INC.

**IT IS HEREBY ORDERED AS FOLLOWS:**

The Case Management Conference is continued to July 25, 2013, at 9:00 a.m. in Courtroom 5. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

DATED: June 24, 2013

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
APPROVED
Judge Edward M. Chen

Honorable [illegible]
*United St*[illegible]