ALAN HARRIS (CA Bar No. 146079)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone:  (323) 962-3777
Facsimile:   (323) 962-3004

DAVID S. HARRIS (CA Bar No. 215224)
NORTH BAY LAW GROUP
116 E. Blithedale Avenue, Suite #2
Mill Valley, California 94941-2024
Telephone:  (415) 388-8788
Facsimile:   (415) 388-8770

Attorneys for Plaintiff
ANDREW CARR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CARR, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>BEVERLY HEALTH AND REHABILITATION SERVICES, INC., GOLDEN LIVINGCENTER - PETALUMA, and DOES 1 to 50,<br><br>    Defendants. | Case No.:  12-CV-02980-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Courtroom: 5<br>Judge:  Hon. Edward M. Chen |

STIPULATION AND [PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE

1    The parties hereby stipulate as follows:

2    WHEREAS, on February 27, 2013, the parties engaged in private mediation with Mr.

3  Michael Loeb at JAMS in San Francisco.  At that time, progress was made but the parties were

4  unable to settle the case.  Since the mediation, the parties have continued to engage in additional

5  investigation and have exchanged supplemental documentation and information relevant to the

6  claims.  To this end, the parties have made significant progress in narrowing the issues and are

7  working towards potential resolution of all matters set forth in this action.

8    IT IS THEREFORE STIPULATED AND AGREED, in order to allow the parties

9  additional time to work towards settlement, and in order to avoid the time and expense of having

10  defense counsel fly to San Francisco for the Case Management Conference, the parties have

11  stipulated to continuing the Case Management Conference until July 25, 2013, at 9:00 a.m. in

12  Courtroom 5, 17th Floor, San Francisco, if that date is convenient to the Court.  The parties shall

13  file a Joint Case Management Statement at least one week prior to the Case Management

14  Conference.

15    **IT IS SO STIPULATED.**

16                                                     Respectfully submitted,

17  Date: June 20, 2013                        NORTH BAY LAW GROUP

18                                                     By _____/s/_____
19                                                            David S. Harris

20                                                     Attorneys for Plaintiff
                                                       ANDREW CARR
21

22  Date:  June 20, 2013                       DINSMORE & SHOHL LLP

23                                                     By _____/s/_____
24                                                            Charles Roesch

25                                                     Attorneys for Defendant
                                                       BEVERLY HEALTH AND
26                                                     REHABILITATION SERVICES, INC.

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE

1    **IT IS HEREBY ORDERED AS FOLLOWS:**

2           The Case Management Conference is continued to July 25, 2013, at 9:00 a.m. in

3    Courtroom 5.  The parties shall file a Joint Case Management Statement at least one week prior to

4    the Conference.

5

6    DATED:  June __, 2013
                    24

7                                              _____
                                               Honora
8                                              United St

9                                              Judge Edward M. Chen

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE