UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CARR, | No. C-12-2980 EMC |
| Plaintiff, | |
| v. | **ORDER RE BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO RECONSIDER** |
| BEVERLY HEALTH CARE AND REHABILITATION SERVICES, INC., | **(Docket No. 67)** |
| Defendant. _____/ | |

      Plaintiff has filed a "motion for leave to file a motion for reconsideration." In his brief, Plaintiff explains that, although he is moving for relief pursuant to Federal Rule of Civil Procedure 59, he has filed a motion for leave to file a motion for reconsideration in order to comply with Civil Local Rule 7-9.

      Civil Local Rule 7-9, however, has no application to the instant case. Rule 7-9(a) provides in relevant part that, "*before the entry of a judgment* adjudicating all of the claims and the rights and liabilities of all the parties in a case, any party may make a motion . . . requesting that the Judge grant the party leave to file a motion for reconsideration of any interlocutory order." Civ. L.R. 7-9(a) (emphasis added). Here, there has been an entry of a judgment. Thus, Rule 7-9 and its provisions regarding briefing and a hearing are not implicated at all.

      Accordingly, the Court deems Plaintiff's brief filed at Docket No. 67 a motion to reconsider. Moreover, in the spirit of Civil Local Rule 7-3, the Court orders Defendant to file an opposition within two weeks from the date of this order, and Plaintiff to file a reply within three weeks from the

date of this order. After reviewing the briefing, the Court shall determine whether a hearing on the motion to reconsider is necessary.

IT IS SO ORDERED.

Dated: December 4, 2013

_____
EDWARD M. CHEN
United States District Judge

2