Alan Harris (SBN 146079)
HARRIS & RUBLE
655 North Central Ave., 17th Fl.
Glendale, California 91203
Telephone:  (323) 962-3777
Facsimile:  (323) 962-3004
aharris@harrisandruble.com

David S. Harris (SBN 215224)
NORTH BAY LAW GROUP
116 East Blithedale Avenue, Suite 2
Mill Valley, California 94941
Telephone:  (415) 388-8788
Facsimile:  (415) 388-8770
dsh@northbaylawgroup.com

Attorneys for Plaintiff Andrew Carr

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW CARR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BEVERLY HEALTH AND REHABILITATION SERVICES, INC., d/b/a GOLDEN LIVINGCENTER – PETALUMA, and DOES 1–10,<br><br>Defendants. | Case No. CV 12-02980 EMC<br>*Assigned to Hon. Edward M. Chen*<br><br>**STIPULATION FOR DISMISSAL OF ACTION**<br><br>Fed. R. Civ. P. 41(a)(1)(ii) |

# STIPULATION

WHEREAS Plaintiff Andrew Carr and Defendant Beverly Health and Rehabilitation Services, Inc., d/b/a Golden Livingcenter—Petaluma (collectively "the Parties"), have agreed to fully and finally resolve the above-captioned matter;

WHEREAS, therefore, the Parties, by and through their respective counsel of record, hereby stipulate and agree that this action should be dismissed without prejudice, each party to bear its own fees and costs, except as provided in the settlement agreement between the parties.

**SO STIPULATED.**

DATED: September 16, 2015        HARRIS & RUBLE

                                 */s/ Alan Harris*
                                 Attorney for Plaintiff Andrew Carr

DATED: September 16, 2015        DINSMORE & SHOHL LLP

                                 */s/ Andrew Millar*
                                 Charles M. Roesch
                                 Andrew Millar
                                 Attorney for Defendant Beverly
                                 Health and Rehabilitation Services,
                                 Inc.

IT IS SO ORDERED
_____
Edward M. Chen
U.S. District Judge

